**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID M. DAVIS,<br><br>　　　　Defendants. | Case No.: 5:16-po-00117 JLT<br><br>ORDER GRANTING MOTION TO DISMISS CITATION 2038470<br>(Doc. 17)<br><br>ORDER GRANTING MOTION FOR DISCOVERY FOR CITATIONS 3640513 AND 4426779<br>(Doc. 16)<br><br>ORDER VACATING THE HEARING ON THE MOTIONS<br>(Doc. 18)<br><br>ORDER SETTING STATUS CONFERENCE |

On September 20, 2016, the defendant moved the Court to dismiss citation 2038470 (Doc. 17). The government did not oppose this motion. L.R. 430.1(d). Therefore, the motion is **GRANTED** and citation 2038470 is **DISMISSED** and the hearing on the motion (Doc. 18) is **VACATED**.

On the same date, the defendant filed a motion for discovery. (Doc. 16) The government did not oppose this motion. L.R. 430.1(d). Thus, the motion for discovery in citations 3640513 and 4426779 is **GRANTED** and the hearing is **VACATED**. **No later than November 14, 2016**, the government **SHALL** produce the discovery sought by the defendant. Failure to do so will preclude the government from using the evidence at trial.

///

///

1

1  Finally, the Court sets a further status conference on **December 6, 2016** at 9:00 a.m.

3  IT IS SO ORDERED.

4  Dated: **October 31, 2016**          **/s/ Jennifer L. Thurston**
5                                       UNITED STATES MAGISTRATE JUDGE