```
1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KYLE R. RATLIFF
   Special Assistant U.S. Attorney
3  412 TW/JA
   1 South Rosamond Blvd.
4  Edwards AFB, California 93524
   Phone: (661) 277-2888 / Fax: (661) 277-2887
5
6  Attorneys for Plaintiff
```

7                   UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9  UNITED STATES OF AMERICA, | ) | Case No. 5:16-po-0117 JLT |
|    | ) | |
| 10           Plaintiff, | ) | GOVERNMENT'S MOTION AND |
|    | ) | PROPOSED ORDER FOR DISMISSAL |
| 11  v. | ) | |
|    | ) | |
| 12  DAVID M. DAVIS, | ) | |
|    | ) | |
| 13           Defendant | ) | |

14    The United States of America, by and through Phillip A. Talbert, Acting United States

15 Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss

16 Case Number 5:16-po-0117-JLT against DAVID M. DAVIS without prejudice in the interest of

17 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

18

19  Dated:  February 6, 2017            Respectfully Submitted,
                                        Phillip A. Talbert
20                                      Acting United States Attorney
21                            By:
22                                      /s/ Kyle R. Ratliff
23                                      Kyle R. Ratliff
24                                      Special Assistant United States Attorney

25

**O R D E R**

IT IS HEREBY ORDERED that Case Number 5:16-po-0117-JLT against DAVID M. DAVIS be dismissed without prejudice, in the interest of justice.

Dated:     Feb. 6 , 2017

*/s/ Jennifer L. Thurston*

HON. JENNIFER L. THURSTON
United States Magistrate Judge